[No. 8374-4-II.  Division Two.  June 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD ALEXANDER MELROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-1-00510-6, Robert L. Harris, J., entered December 21, 1984. *Affirmed* by unpublished opinion per Velie, J. Pro Tem., concurred in by Foscue and Goodloe, JJ. Pro Tem.

[Nos. 10265-0-II; 10272-2-II.  Division Two.  June 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK YOUNG, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Kitsap County, No. 86-1-00049-4, Karen B. Conoley, J., entered August 28, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10490-3-II.  Division Two.  June 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00158-5, Richard A. Strophy, J., entered October 30, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.